**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SCOTT WHITLEY, | ) | NO. EDCV 09-02283 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: September 13, 2010.

                                                            _____/S/_____
                                                            SUZANNE H. SEGAL
                                                            UNITED STATES MAGISTRATE JUDGE